# CIRCUIT COURT OF BALTIMORE CITY

Filed March 15, 1890.

## IN THE ESTATE OF HAFFEKE & CLARK.

*G. R. Willis* and *A. S. J. Owens* for Mr. Clark.

*F. P. Stevens & Son* for Mr. Haffeke.

DENNIS, J.—

I am of the opinion that the words in the article of co-partnership, "the said Haffeke contributing all the rights to manufacture under the said letters patent," constitute only a license to use the said patents, and such a license is not assignable, in the absence of appropriate language to show a clear intent that it shall be so assignable, e. g., as by the use of the words "assigns," "successor," &c. In this case there are no words to show such intent, and the prayer of the petition must be refused.